# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL CALLOWAY

NO. 2023 KW 0095

**MARCH 27, 2023**

---

In Re:    Michael Calloway, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          89531.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DENIED.**

                              **JMG**
                              **EW**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT

a. Sn

---
DEPUTY CLERK OF COURT
      FOR THE COURT